UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE RINKER, as Guardian of the Estate of S.S., a Minor          ,

Plaintiff(s),

v.

ABBOT DIABETES CARE, INC.   ,

Defendant(s).

Case No.  3:26-cv-04596-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I,  Michael E. Carr          , an active member in good standing of the bar of  Oklahoma                  , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:  Plaintiff, Julie Rinker          in the above-entitled action. My local co-counsel in this case is  Scott J. Carr              , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is:  245588          .

4416 S. Harvard Ave. Tulsa OK 74135
MY ADDRESS OF RECORD

(918) 747-1000
MY TELEPHONE # OF RECORD

mcarr@carrcarr.com
MY EMAIL ADDRESS OF RECORD

1 Embarcadero Center Ste 1200
San Francisco CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(918) 747-1000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

scarr@carrcarr.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:  22520        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   0    times in the 12 months preceding this application.

*United States District Court*
*Northern District of California*

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  5/20/2026

s/ Michael E. Carr

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael E. Carr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 20, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## C E R T I F I C A T E

STATE OF OKLAHOMA    )
                         )
COUNTY OF OKLAHOMA )

        Gina L. Hendryx, being duly sworn, deposes and says:

        That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

        That MICHAEL EUGENE CARR, OBA #22520, was admitted to the practice of law by the Supreme Court of Oklahoma on September 22, 2009, and is an active member in good standing of the Oklahoma Bar Association. This Oklahoma licensed attorney has never been subjected to disciplinary action; however, the following one (1) grievance has been filed against this attorney. (See Exhibit A)



        Gina L. Hendryx
        General Counsel

        The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 22nd day of January, 2026 by Gina L. Hendryx.

        NOTARY PUBLIC

My Commission Expires:
    10/21/2027

Commission Number:
    19010584

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065



www.okbar.org

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

Certificate of Good Standing
Michael Eugene Carr
Page 2

## EXHIBIT A

| Comp. # | Received | Alleged Misconduct | Disposition |
|---|---|---|---|
| IC-25-729 | 10/14/25 | Misrepresentation | Pending |

*IC = Informal Complaint*

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org